# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ROBERT A. SCHRAMM and GABRIELA SAENZ,

                       Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,
                       Defendants.

-----------------------------------------------------------X

16 **CIVIL** 553 (AKH)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 11, 2019, Defendants' motion for summary judgment is granted and Plaintiffs' motion for partial summary judgment is denied; accordingly, the case is closed.

**Dated:** New York, New York
           December 13, 2019

                                                  **RUBY J. KRAJICK**
                                                   Clerk of Court
                                     BY:
                                                       Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/13/2019